HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WENDY ROBERSON, an individual; A.R., a minor, by and through her guardian CHRISTINE M. RIGGENBERG, an individual, <br><br> Defendants. | CASE NO. 2:18-CV-01058 <br><br> ~~PROPOSED~~ ORDER TO DEPOSIT FUNDS |

THIS MATTER comes before the Court on Plaintiff Minnesota Life Insurance Company's ("Plaintiff") Motion to Deposit Funds (Dkt. # 2). No party has filed any opposition to Plaintiff's Motion. Having considered this matter, it is hereby ordered that Plaintiff's Motion is **GRANTED**. The Clerk is directed to accept Plaintiff's cashier check in the amount of $67,574.84, plus applicable interest incurred through the date of deposit, and to deposit these monies into the Court's registry.

Dated this 22nd day of August, 2018.

*Richard A. Jones*
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER TO DEPOSIT FUNDS - 1
#1178926 v1 / 42732-024

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100