The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WENDY ROBERSON, an individual; A.R., a minor, by and through her guardian CHRISTINE RIGGENBERG,<br><br>Defendants. | NO. 2:18-cv-01058<br><br>~~PROPOSED~~ ORDER GRANTING MOTION FOR JUDGMENT IN INTERPLEADER, FOR ATTORNEY FEES AND COSTS AND GRANTING AN INJUNCTION |

THIS MATTER comes before the Court on Minnesota Life Insurance Company's ("Minnesota Life") Motion for Judgment in Interpleader, to Award Fees and Costs, and Grant an Injunction (the "Motion"). Dkt. # 17. No party has opposed or otherwise objected to Minnesota Life's Motion, and the Court takes this lack of opposition as an "admission that the motion has merit." W.D. Wash. Local Civil Rule 7(b)(2).

Accordingly, the Court **ORDERS** that Minnesota Life's Motion is **GRANTED**. Dkt. # 17. Judgment in interpleader is granted and Minnesota Life and its successors, subsidiaries, agents, employees, and attorneys are released, forever discharged and acquitted from any and all liability of any kind or nature whatsoever by the parties to

~~PROPOSED~~ ORDER GRANTING MOTION
TO AWARD FEES AND COSTS, GRANT AN
INJUNCTION, AND DISMISS MINNESOTA LIFE
INSURANCE COMPANY- 1
No. 2:18-CV-01058
#1202629 v1 / 42732-024

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

this action, their representatives, beneficiaries, assigns, and other parties in privity with them, on account of payment of any sum due under the life insurance policy issued to John B. Miller. Minnesota Life is awarded its fees and costs in the amount of $4,717.74, which shall be awarded to Minnesota Life Insurance Company from the funds deposited in the Court's registry and the clerk is hereby directed to remit the above to Minnesota Life Insurance Company, c/o Medora Marisseau at Karr Tuttle Campbell, 701 Fifth Avenue, Suite 3300, Seattle, WA 98104. Defendants are enjoined from prosecuting any action against Minnesota Life relating to John M. Miller's life insurance policy, and/or handling of claims or payments relating to the life insurance policy. This applies to all of their beneficiaries, heirs, agents, attorneys, assigns, and any other parties in privity with them.

DATED this 11th day of March, 2019.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER GRANTING MOTION
TO AWARD FEES AND COSTS, GRANT AN
INJUNCTION, AND DISMISS MINNESOTA LIFE
INSURANCE COMPANY- 2
No. 2:18-CV-01058
#1202629 v1 / 42732-024

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100