The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WENDY ROBERSON, an individual; A. R., a minor, by and through her guardian, CHRISTINE RIGGENBERG,<br><br>Defendants.<br><br>A. R., a minor, by and through her guardian, CHRISTINE RIGGENBERG,<br><br>Crossclaim Plaintiff,<br><br>v.<br><br>WENDY ROBERSON, an individual<br><br>Crossclaim Defendant. | Case No. 2:18-cv-01058-RAJ<br><br>**ORDER GRANTING DEFENDANT ROBERSON'S MOTION TO DISBURSE FUNDS** |

This matter comes before the Court on Defendant Wendy Roberson's ("Roberson" or "Defendant Roberson") Motion for Disbursement of Funds and Entry of Final Judgment (Dkt. # 32).[1] Having reviewed the submissions of the parties and the applicable law, the Court finds as follows:

1. Plaintiff's Motion for Disbursement of Funds and Entry of Final Judgment is **GRANTED**. Defendant Roberson is awarded $69,501.95, plus any accumulated interest held in the Court's registry.
2. The Clerk is authorized and ordered to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $69,501.95 plus all accrued interest, minus any statutory users fees, payable to Interpleader Law, LLC IOLTA c/o Michael Hoover, and mail or deliver the check to Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810, counsel for Defendant Wendy Roberson.
3. Defendant A.R.'s crossclaim is **DISMISSED** with prejudice and the Clerk is directed to close the case.

Dated this 24th day of September, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

---

[1] This Motion is unopposed.